972 A.2d 482

**Donna J. DEITRICK, Petitioner**

v.

**Robert YONCUSKI, Respondent.**

**Nos. 21 MM 2009, 22 MM 2009.**

Supreme Court of Pennsylvania.

May 13, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of May, 2009, the Petition for Review is **DENIED.**